**Joshua SAMUEL, Plaintiff—Appellant,**

v.

**SUPERIOR MACHINE COMPANY OF SOUTH CAROLINA, INCORPORATED, Defendant—Appellee.**

No. 05–1043.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 28, 2005.

Decided: Dec. 16, 2005.

Chalmers C. Johnson, Chalmers Johnson Law Firm, Charleston, South Carolina, for Appellant. Mark W. Buyck, III, Willcox, Buyck & Williams, P.A., Florence, South Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joshua Samuel appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action alleging employment discrimination under 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Samuel v. Superior Machine Co.*, No. CA–02–1971–4–27 (D.S.C. filed Nov. 16, 2004 & entered Nov. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*